SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*E-FILED 06-22-2011*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>WORLD TECH, a California Corporation, doing business as GEIGLE ELECTRIC,<br><br>Defendant. | CASE NO.: CV11-01732 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  June 28, 2011<br>Time:  1:30 P.M.<br>Place: Courtroom 2, 5th Floor<br><br>**[Re:  Docket No. 6]** |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. A Request for Entry of Default has been filed.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until September 6, 2011 to prepare and file documents for a default judgment. Therefore, Plaintiffs request that the case be continued until

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

1

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV11-01732 HRL

1  September 6, 2011, for another Case Management Conference.

4                                          Respectfully submitted,

5  Dated: June 21, 2011                    /S/
                                           SUE CAMPBELL
6                                          Attorney for Plaintiff

8                                    **ORDER**

9      The Case Management Conference is hereby continued to September 6, 2011, at 1:30
10 P.M., in Courtroom 2, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days
11 prior to the Case Management Conference. **Within 7 days from the date of this order, plaintiffs**
12 **shall file either a consent or declination to proceed before a United States magistrate judge.**

14 Dated: _____June 22, 2011_____        _____
                                           MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
15                                         HOWARD R. LLOYD