SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax: (408) 938-1035

*E-FILED 08-29-2011*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>WORLD TECH, a California Corporation, doing business as GEIGLE ELECTRIC,<br><br>Defendant.<br>_____ | CASE NO.: CV11-01732 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: September 6, 2011<br>Time: 1:30 P.M.<br>Place: Courtroom 2, 5th Floor<br><br>**[Re: Docket No. 9]** |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Settlement negotiations are in progress and Plaintiffs expect the case to settle by September 10, 2011. Therefore, Plaintiffs request that the case be continued until October 18,

1  2011, for another Case Management Conference

4                                            Respectfully submitted,

5  Dated: August 24, 2011                    /S/
                                             SUE CAMPBELL
6                                            Attorney for Plaintiff

8                                      **ORDER**

9       The Case Management Conference is hereby continued to October 18, 2011, at 1:30 P.M.,
10 in Courtroom 2, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior
11 to the Case Management Conference.

14 Dated: ___August 29, 2011___              _____
                                             MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
15                                                      HOWARD R. LLOYD