*E-FILED 10-17-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>    Plaintiff,<br>v.<br><br>WORLD TECH, a California Corporation, doing business as GEIGLE ELECTRIC,<br><br>    Defendant.<br>_____/ | No. C11-01732 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiffs move for default judgment against defendant and an award of attorney's fees. Because plaintiffs have applied for final disposition against a party who has not consented to the undersigned's jurisdiction, the Clerk of the Court shall reassign this case to a district judge. See 28 U.S.C. § 636. The October 18, 2011 case management conference is vacated.

SO ORDERED.

Dated: October 17, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-01732-HRL Notice has been electronically mailed to:

2  Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.